FILED

04/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0113

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

R.S.,
A Protected Person,

DEPARTMENT OF PUBLIC HEALTH AND
HUMAN SERVICES, ADULT PROTECTIVE
SERVICES,

        Petitioner and Appellant,

    v.

LIZA L. DENNEHY,

In Her Capacity as Public Administrator of Butte-
Silver Bow County, Montana,

        Respondent and Appellee.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on April 19, 2024, this Court has determined that the brief does not comply with the below-referenced Rule.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken, be contained in Appellant's brief to this Court. Appellant's brief indicates that it is appealing the District Court's Order for Appointment of Temporary Guardian of R.S., but it does not include a copy of the District Court's Order from which it is appealing.

IT IS THEREFORE ORDERED that within ten (10) days of the date of this Order,

Appellant DPHHS shall electronically file with Clerk of this Court a copy of the relevant order or orders as an appendix and shall serve one copy of the relevant orders on each person upon whom the brief was served;

IT IS FURTHER ORDERED that pursuant to Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with M. R. App. P. 12(1)(i), including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all parties upon whom the brief was served.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 19 2024